UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MARQUETTE, | : | |
| Plaintiff | : | No. 3:16-CV-0215 |
| vs. | : | (Judge Nealon) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | : | |
| Defendant | : | |

# ORDER

**AND NOW, THIS 13TH DAY OF OCTOBER, 2017,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal, (Doc. 1), is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff, William Marquette, Disability Insurance Benefits and Supplemental Security Income is **AFFIRMED**;

3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**